
FILED
APR 01 2019
Clerk, U.S. District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 17-22-BU-DLC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| NICOLAE MUNTEAN, | |
| Defendant. | |

The Government has moved to quash the summons and issue an arrest warrant for defendant, defense counsel having taken no position on the motion, and good cause appearing,

IT IS HEREBY ORDERED that the summons issued for defendant is quashed, and IT IS FURTHER ORDERED that an arrest warrant be issued.

DATED this 1st day of April, 2019.

Jeremiah C. Lynch
United States Magistrate Judge

1